July 30, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 06 2015

Abel Acosta, Clerk

70,723-16

COURT OF CRIMINAL
  APPEALS OF TEXAS
P.O. BOX 12308
  CAPITOL STATION
AUSTIN, TEXAS 78711

RE: STATE OF TEXAS vs. RAMON RAMOS - 114-1467-06·B APPLICATION FOR WRIT OF
    HABEAS CORPUS

Dear Clerk-Abel Acosta:

        Applicant filed his second writ of habeas corpus with the 114th District
Court of Smith County, Texas, around April of this year 2015, in the court of
Honorable Christi Kennedy. Around May 28th, 2015 Applicant received brief from
the 114th, concerning their opinion on Applicants 11.07, along with that came
an ORDER stating:

  The Court orders the Clerk of the Court to immediatly transfer to the Court
  of Criminal Appeals:

1) a copy of the Application for Writ of Habeas Corpus;
2) any answers and waivers executed by the State;
3) a copy of the files and docket sheets in the original cause of action and
   the files and docket sheets in the first Application for Writ of Habeas
   Corpus; and
4) This certifate.

Filed on May 13, 2015 by Lois Rogers' Clerk of the Court, I have yet to receive
anything from you stating that any Application for Writ of Habeas Corpus has
been received and filed with your court, since. I am writing to inquire whether
this court has in their possession my 11.07, as the 114th has indicated. Thank
you for your time in this matter it is greatly appreciated.

                                    Sincerely Yours,

                                    Ramon Ramos

                                    Ramon Ramos #1384334
                                    Applicant/Prose
                                    Beto Unit - 1391 FM 3328
                                    Tennessee Colony, TX 75880